# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

FILED
MAY -3 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Class Action

Robert o Pratt Jr,
[You are the PLAINTIFF, print your full name on this line.]

3:23-cv-362

v.

State of Indiana,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number ___New/old___
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] LaPorte County IN | 809 State Street 46350 |
| 2 | [Put the names of any other defendants in these boxes.] FRASICAN Hospital | off Hwy 94 Michigan City 46360 IN |
| 3 | Michigan P.D. | Franklin st Michigan City 46360 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __13__

2. What is the name and address of your prison or jail? __LaPorte County Jail__
__809 STATE STREET__

3. Did the event you are suing about happen there? ☒ Yes.  ☒ No, it happened at: _____
__Michigan city__ ☒ option

4. On what date did this event occur? _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ON or About 2-1-2024 to 4-27-2003. I Arrested for Several false Reports. When I Arrive to they send My straight Dispelnary Seg SI-4 saying I was Suicidal!, I Never said once I would Kill Myself, And Some way Ms WALKER Kept me in the SI-4 for 45 day violating my 14th again. Would Not Prescibe my medication "Satoquel" (Cguse#3:21-CV-320-MGG)<April 7, 2022. And she did the same. I filed SEVERAL Request and Grievance/No one Responded. I file a PREA DrAlbane + Deputy Salary of DrPag- because they Kissing to Iron ton Me 2nd Shift. I'm Suicidag oge Dept Called Me Asshole. They walk around banging on the Cell me Asshole, tle shut off the water to My Room, herrassing me. I did find cell once And did Not any write while SI-4. Ms Walker Provided No treatment DII 14th was violate Again.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## Claims and Facts (continued)

The Nursing violated my 14th Ammend by provide And TREATMENT, I Need Medicine they told No called my Asshole, very unpessinar "Salary" Denied my Recreatio several time so did "Cpl HUTT" State Law I am allowed Recreation every 24 hr. I was very inhume, they constantly throwing in chaiR for Reasmother they HATE ME. I watched Inmate Snyder getting punched In Hole W51-1 while in Restraint chair. Deputy GUZMAN punch him 3-4 time on back of Hed, they put him in Restiant "LaPorte County" USES the Restaint as a torture device. Imate Victor JordAN is treating him worse than n Harrament and 14% Ammend. My Ammend Right WAS violation were daily.

I WANT RETRIBUTION
*I'M RUNNING FOR PRESIDN
I WILL WIN*
I NEED VOTE

FEMA AMEN U.S.A. N.S.A.
Google Pref INTEGRATION
MAR 2:2
ROMAN 16:19
DR REV
I'M A GNER contractor Buzzfeed.com
Sincerely, without wax

BuzzFeed.com

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts (continued)

# Fell out of shower + broke my foot hit my head so HARD + I Head really Hard good I did Not go into a coma. And once my 14th was violated And. My Neck are going crazy with pain.

I am going through my pain, but posted my BOND AM GETTING MEDICAL TREATMENT. So mailing Address is Different =

46350 → Robert Pratt Jr
905 Linwood Ave.

I got beat up Michigan City police = got Detained 2 hr = Arrested 2 HR, I am Not free to go. Police a Hold on AND the officer that detained me stole $1600 from me

I PRAY the court Provide the Relief Sought in 3:21-cv-220-MGG. As well a Relief Request in this Motion to Move this to GRANT Judgment + Reverse the Summary Judgement. Because "Miss" WALKER Made it impossible filing Amp Don the fect they Restrict Law Librity Please + Thank you GOD BLESS YOU

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ~~○ Before I was confined.~~
   - ~~○ While I was confined awaiting trial.~~
   - ~~○ After I was convicted while confined serving the sentence.~~
   - ~~○~~ Other: __GENERAL Police profiling + Harrassment__

6. Have you ever sued anyone for this exact same event?
   - ○ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because __They Denied Access to Law Library and my Recreation which they lie on file sayin I Refuse it__

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   __I want them all fired from LaPorte Count + Michigancy police__

[Initial Each Statement]
   __X__ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   _____ I will keep a copy of this complaint for my records.
   __X__ I will promptly notify the court of any change of address. __9OSC__
   __X__ I WILL NOT send more than one copy of any filing to the court.
   __X__ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   __X__ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

__Robert O Pratt__                                    __20990694__
Signature                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]