AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ROBERT OMER PRATT, JR
*also known as*
Robert O Pratt, Jr
*also known as*
Robert O Pratt

Plaintiff

v.                                      Civil Action No. 3:23-cv-362

INDIANA STATE OF

LAPORTE COUNTY IN

FRASICAN HOSPITAL

MICHIGAN P.D.

Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty.

DATE:  06/13/2023                              CHANDA J. BERTA, CLERK OF COURT

                                               by    s/J. Barboza
                                               *Signature of Clerk or Deputy Clerk*